The People of the State of Illinois, Defendant in Error, v. George Cessar, Plaintiff in Error.

Gen. No. 6,335.    (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 10, 1917. Rehearing denied April 12, 1917.

## Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against George Cessar, defendant, for violation of the anti-saloon territory law. From a judgment for conviction under thirteen counts, including the nuisance count, defendant brings error.

P. L. JORGENSON, for plaintiff in error.

RALPH J. DADY and E. M. RUNYARD, for defendant in error; W. F. WEISS, of counsel.

MR. JUSTICE DIBELL delivered the opinion of the court.

## Abstract of the Decision.

1.  INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction.* Evidence *held* sufficient to sustain a conviction under the anti-saloon law for selling cider, proved to be intoxicating.

2.  INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction under nuisance count.* Proof justifying conviction under the anti-saloon law for selling intoxicating liquors, *held* to authorize conviction also under a nuisance count under the law.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.